[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 17, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-14643
Non-Argument Calendar

_____

D. C. Docket No. 07-00018-CR-1-01

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STEPHEN EUGENE CRAWFORD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(August 17, 2009)

Before CARNES, WILSON and COX, Circuit Judges.

PER CURIAM:

John S. Mills and Jessie L. Harrell, appointed counsel for Stephen Eugene

Crawford in this direct criminal appeal, have moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsels' assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no issues of arguable merit, counsels' motion to withdraw is **GRANTED**, and Crawford's conviction and sentence are **AFFIRMED**.